Nathaniel H. JONES, a/k/a Nathaniel Hampton Jones, a/k/a Nathaniel Jones, a/k/a Nathaniel Hampton, Petitioner—Appellant,

v.

State of SOUTH CAROLINA; Henry McMaster, Attorney General of South Carolina, Respondents—Appellees.

No. 05–7413.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 14, 2005.

Decided Dec. 7, 2005.

Nathaniel H. Jones, Appellant Pro Se. William Edgar Salter, III, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathaniel H. Jones seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We dismiss the appeal as duplicative because this court dis-

posed of prior appeals from this same order. *See Jones v. South Carolina,* 141 F. App'x 161 (4th Cir.2005) (unpublished). We deny Jones's motion for a certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*